# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BENJAMIN EARL DODD, JR.,**                                                            **PLAINTIFF**
**ADC #132322**

**V.**                         **CASE NO. 4:18-CV-487-JM-BD**

**J. LATTIMORE, et al.**                                                               **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Dodd's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Mr. Dodd's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 11th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims of harassment and failure to follow policy also fail. First, mere harassment, threats or verbal abuse does not give rise to a violation under 42 U.S.C. § 1983. *See Frietas v. Ault,* 109 F.3d 1335 (8th Cir.1997). Further, the failure to follow prison policy is not a constitutional violation. *See Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir.1997).